**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| DALE BOUCHON AND/OR MAHALIA BOUCHON, INDIVIDUALLY AND/OR DALE BOUCHON ADMINISTRATOR OF THE ESTATE OF CHARLES BOUCHON A.K.A. CHUKIE BOUCHON, | : : : : : : | No. 75 WAL 2018

Petition for Allowance of Appeal from the Order of the Superior Court |
| Respondents | : : : : : : : | |
| v. | : : : : : | |
| CITIZEN CARE, INC., PARTNERS FOR QUALITY FOUNDATION, INC., PARTNERS FOR QUALITY, INC., LIFEWAYS D/B/A EXCEPTIONAL ADVENTURES, ALLEGHENY CHILDRENS' INITIATIVE, INC., ERIC LINDEY, MARGARET (PEGGY) NOLAN, KOMLAVI (CLAUDE) (KOMLAIR) VIDZRO, DONALD DEMICHELE, PETRA MUSSI, CINDY KING, GROVE DEMMING, LYDIA TOOMEY, JESSICA DAVIS, JOSEPH A. MANDARINO, AND/OR ROBINSON EMS, | : : : : : : : : : : : : : : : : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.